# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-3402
_____

Designworks Homes, Inc.; Charles Lawrence James

Plaintiffs - Appellants

v.

Columbia House of Brokers Realty, Inc., doing business as House of Brokers, Inc., doing business as Jackie Bulgin & Associates; Shannon L. O'Brien; Nicole Waldschlager; Deborah Ann Fisher; John Doe I; Jacqueline Bulgin, doing business as Jackie Bulgin; Carol S. Denninghoff

Defendants - Appellees

------------------------------

Kieran Joseph Liebl, Inc., d/b/a Royal Oaks Design, Inc.

Amicus on Behalf of Appellant(s)

National Association of Realtors

Amicus on Behalf of Appellee(s)
_____

No: 23-3403
_____

Designworks Homes, Inc.; Charles Lawrence James

Plaintiffs - Appellants

v.

Susan Horak, doing business as The Susan Horak Group Re/Max Boone Realty; Boone Group, Ltd., doing business as Re/Max Boone Realty

Defendants - Appellees

------------------------------

Kieran Joseph Liebl, Inc., d/b/a Royal Oaks Design, Inc.

Amicus on Behalf of Appellant(s)

National Association of Realtors

Amicus on Behalf of Appellee(s)

Appeals from U.S. District Court for the Western District of Missouri - Jefferson City
(2:18-cv-04090-BCW)
(2:18-cv-04093-BCW)

## JUDGMENT

Before SHEPHERD, ARNOLD, and ERICKSON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

January 14, 2025

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Maureen W. Gornik