# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 14, 2025

Andrew Benedict Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, NE  68154

     RE:  23-3402  Designworks Homes, Inc., et al v. Columbia House of Brokers Realty, Inc., et al
          23-3403  Designworks Homes, Inc., et al v. Susan Horak, et al

Dear Counsel:

     The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                    Maureen W. Gornik
                                    Acting Clerk of Court

NDG

Enclosure(s)

cc:    Louis Karl Bonham
        Kenneth N. Caldwell
        Michael Heckmann
        Gregory William Keenan
        William B. Kircher
        Patrick David Kuehl Jr.
        Brinton Lucas
        Michael R. Owens
        Jeffrey Simon

Honorable Brian C. Wimes
Paige A. Wymore-Wynn

District Court/Agency Case Number(s):  2:18-cv-04090-BCW
                                                        2:18-cv-04093-BCW